# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| Natalia Pirogova | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-05810-PAE |
| PJSC National Bank Trust | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The defendant, PJSC National Bank Trust

Date: 08/02/2024

/s./Bruce S. Marks
*Attorney's signature*

Bruce S. Marks, Esq. BM0991
*Printed name and bar number*
1835 Market Stree, Suite 1717
Philadelphia, PA, 19103

*Address*

marks@mslegal.com
*E-mail address*

(215) 569-8901
*Telephone number*

(215) 569-8912
*FAX number*