UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATALIA PIROGOVA,

                                        Plaintiff,

                    -v-

PJSC NATIONAL BANK TRUST,

                                        Defendant.

---

24 Civ. 5810 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed defendant PJSC National Bank Trust's motion for an extension

of the briefing schedule for plaintiff Natalia Pirogova's application for a temporary restraining

order, Dkt. 9, and plaintiff's response opposing the extension, Dkt. 11.

At the outset, plaintiff has failed to comply with the Court's order to file forthwith, on the

docket of this case, an affirmation attesting to service on defendant and its counsel of the Court's

order of August 1, 2024 and all of plaintiff's filings to that date. Dkt. 5. The Court directs

plaintiff to file **forthwith** such affirmation on the docket of this case.

Second, to the extent defense counsel seeks an extension of time to enable him to

coordinate with his client, the briefing schedule is modified as follows. Defendant's response is

due **Monday, August 12, 2024**. Any reply from plaintiff is due **Wednesday, August 14, 2024**.

The Court will hold a hearing on the application on **Friday, August 16, 2024, at 9:30 a.m.**, in

Courtroom 1305 of the Thurgood Marshall United States Courthouse, at 40 Centre Street, New

York, N.Y. 10007. The Court is unavailable to hold a hearing after August 16. Insofar as Mr.

Marks represents he is traveling abroad until August 18, he is to arrange for another attorney

from his firm to appear at the hearing and to be familiar with this matter.

Third, to the extent plaintiff's counsel states that he may choose to "withdraw from this action," Dkt. 11 at 1, the Court will not permit counsel to do so without another attorney's first appearing for Ms. Pirogova. Ms. Pirogova is at liberty to voluntarily dismiss this action but the Court will not permit her to proceed unrepresented.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2024
New York, New York