**LAW OFFICES OF**
# VICTOR A. WORMS
48 Wall Street, SUITE 1100
NEW YORK, NY 10005
TELEPHONE: (212) 374-9590
FACSIMILE: (212) 591-6188

WRITERS EMAIL
VWORMS@VICTORAWORMSPC.COM

August 15, 2024

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, New York 10007

        Re: Natalia Pirogova v. PJSC National Bank Trust v.
           Docket No. 24 Civ.5810 (PAE)

Dear Judge Engelmayer:

    I have completed drafting Ms. Pirogova's reply papers in support of her motion for a temporary restraining order ("TRO") and a preliminary injunction in the above-referenced action.

    However, I have to attend to an unexpected personal matter, and therefore, I am requesting a final deadline of 5 p.m. to file Ms. Pirogova's reply papers.

    I thank the Court for its indulgence in this matter.

                                                          Respectfully submitted,

                                                          Victor A. Worms

GRANTED.  No further extensions will be granted.
SO ORDERED.

        *Paul A. Engelmayer*
        _____
        PAUL A. ENGELMAYER
        United States District Judge

Dated: August 15, 2024
       New York, New York