UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------X
NATALIA PIROGOVA,

             Plaintiff,                                       Case No. 24-cv-05810(PAE)

  -against-

                                                            **NOTICE OF DISMISSAL**
                                                            **WITH PREJUDICE**
PJSC NATIONAL BANK TRUST

            Defendant.

------------------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that plaintiff Natalia Pirogova hereby withdraws and dismisses with prejudice the above-captioned action.

Dated: New York, New York
       August 16, 2024

                                                                        Law Offices of Victor A. Worms

                                                                       By: _____
                                                                         Victor A. Worms
                                                                          48 Wall Street, Suite 1100
                                                                          New York, New York 10005
                                                                          (212) 374-9590

                                                                       *Attorneys for Plaintiff Natalia Pirogova*