UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATALIA PIROGOVA,

                                      Plaintiff,

                 -v-

PJSC NATIONAL BANK TRUST,

                                    Defendant.

24 Civ. 5810 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 16, 2024, the Court held a hearing on plaintiff Natalia Pirogova's motion for preliminary injunctive relief. For the reasons stated at the hearing, the Court denied the motion.

In light of the concerns identified by the Court—including whether there is any responsible basis on which this lawsuit can properly be maintained in federal court—the Court directed Pirogova to file a letter on the docket, by August 30, 2024, addressing whether she intends to pursue this litigation ("August 30 submission"). In the event that Pirogova had not voluntarily dismissed her claims by then, the Court stated, it would authorize a response by defendant PJSC National Bank Trust ("PJSC"), which would be due September 6, 2024.

At the hearing, the Court further stated that it would defer commissioning briefing on PJSC's application for sanctions against Pirogova's counsel, Mr. Worms, until after Pirogova's August 30 submission. The Court directed counsel to promptly meet and confer with a view toward resolving these issues without the need for a further court ruling.

The Clerk of the Court is respectfully directed to terminate the motions pending at Docket 3 and 9.

SO ORDERED.

                                                                    _____
                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: August 16, 2024
       New York, New York