**LAW OFFICES OF**
**VICTOR A. WORMS**
48 Wall Street, SUITE 1100
NEW YORK, NY 10005
TELEPHONE: (212) 374-9590
FACSIMILE: (212) 591-6188

WRITERS EMAIL
VWORMS@VICTORAWORMSPC.COM

August 16, 2024

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, New York 10007

      Re: Natalia Pirogova v. PJSC National Bank Trust v.
         Docket No. 24 Civ.5810 (PAE)

Dear Judge Engelmayer:

    I represent the plaintiff, Ms. Natalia Pirogova, in the above-referenced action. After oral argument today on the motion by Ms. Pirogova for a Temporary Restraining Order ("TRO") and a preliminary injunction in this action, at 11:59 a.m. today, I filed a voluntary dismissal with prejudice of this action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. [ECF-26].

    Accordingly, please accept this letter as the one which the Court requires that I file by August 30, 2024 in its order today. [ECF-27].

    Thank you for your attention to this matter.

                                     Respectfully submitted,

                                     Victor A. Worms